## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

I, Nelson Ramos-Ramos, pursuant to provisions of 28 U.S.C. § 1746, declare as follows:

1. I am currently living at the Metropolitan Detention Center in Guaynabo, Puerto Rico. I have been residing at this location since August of the year 2012.

2. My inmate BOP Registration # is 40297-069.

3. I have personal knowledge that at on August 22, 2012, federal agents arrested me at the Villa Marisol cemetery, located in town of Toa Baja. They then transported me to the Homeland Security Investigations ("HSI") office in Miramar, San Juan, PR.

4. Before they arrested me, I purchased four (4) $10 decks of heroin and two (2) $5 plastic bags of cocaine.

5. I then arrived at a cemetery and there, between the burial plots, I proceeded to mix the four (4) decks of heroine and the two (2) bag of cocaine ("speedball"). Once I had mixed the drugs, I began searching for a vein to inject myself with it.

6. While I was still trying to inject himself with the narcotics, I heard a woman's voice calling out my name. When I look towards the voice, I saw a female agent and male agents pointing firearms at me.

7. I told the female agent that I was ill and had to inject myself before they could take me into custody. The female agent and the other agents around her allowed

2 | Page

me to finish shooting up and then ordered me to drop the hypodermic needle and raise my hands.

8. I noticed more officers closing in on me and more in the area.

9. The female agent and agents around her allowed me to finish shooting up and then ordered me to drop the hypodermic needle and raise my hands.

10. Then two (2) male agents grabbed me by the arms and took me to a parked vehicle. There I was handcuffed, verbally told something about my rights and placed in a marked police vehicle.

11. I was taken to a federal law enforcement office and was placed in a cell. I was then taken out of the cell and placed in an office with federal agents to be interviewed. Once the interview ended, I was taken back to the cell.

12. At one point I was so anxious that the federal agents removed me from the cell and took me to a parking lot so that I could smoke a few cigarets and calm down.

13. I was then taken to another location in handcuffs and wore ankle shackles where they used a swab to collect my DNA.

14. I have personal knowledge of the fact that since the moments after I injected the "speedball", I was disoriented, anxious and could not control my thoughts and/or actions. Much of that morning is a blur to me.

15. I told the officers that I was not feeling well and that I was eventually taken to an area hospital.

3 | Page

I declare under penalty of perjury that the foregoing is true and correct. Executed, on April 25, 2013, in Guaynabo, Puerto Rico.

_____
Nelson Ramos-Ramos
Defendant