Exhibit C
Crim. No. 12-594
(ADC)


U.S. Immigration
and Customs
Enforcement

Nombre: *Nelson Runa*

## DECLARACIÓN DE DERECHOS

N R  Antes de que le hagamos cualquier pregunta, Ud. debe conocer sus derechos.

N R  Ud. tiene derecho a permanecer callado(a).

N R  Cualquier cosa que Ud. diga puede usarse en su contra en un tribunal o en cualquier otro procedimiento.

N R  Ud. tiene derecho a consultar un abogado antes de que Ud. haga cualquier declaración o conteste cualquier pregunta.

N R  Ud. tiene derecho a tener un abogado presente con Ud. durante el interrogatorio.

N R  Si no puede pagar un abogado, se le proporcionará uno antes de que le hagamos cualquier pregunta, si Ud. lo desea.

N R  Si decide responder a nuestras preguntas ahora, Ud. aún retiene el derecho de detener el interrogatorio en cualquier momento, o de detener el interrogatorio para el propósito de consultar con un abogado.

## RENUNCIA A LOS DERECHOS

Me han leído y explicado esta declaración de mis derechos y entiendo completamente estos derechos. Renuncio a ellos libre y voluntariamente, sin ser amenazado(a) ni intimidado(a), y sin promesa de compensación o inmunidad. Fui detenido(a) a la(s) _9:30 am_ (hora), en el _8/22/2012_ (fecha), y he firmado este documento a la(s) _11:00 am_ (hora), en el _8/22/2012_ (fecha).

_Nelson RAMOS RAMOS_
Nombre

_Nelson Runa Runa_
Firma

Testigo: _Francisco J. Colon_          Fecha: _8/22/2012_

Testigo: _____          Fecha: _8/22/2012_