Exhibit D
Crim. No. 12-594
(ADC)



MUNICIPIO DE SAN JUAN
Estado Libre Asociado de Puerto Rico

Hoare

## EXPEDIENTE SALA DE EMERGENCIAS

| Apellido Paterno | Apellido Materno | Nombre | Núm. de Expediente | Núm. de Paciente | Fecha 22 agosto 12 |
|---|---|---|---|---|---|
| Ramos | Ramos | Nelson | N/A | 9689 | Hora: 356 P.M. |

Dirección: Villa mansa C/ Canario L9162 Toa Baja    Sexo: M

| Fecha de Nacimiento | Lugar de Nacimiento | Nombre del Padre | Nombre de la Madre | Teléfono Residencial | Traído Por |
|---|---|---|---|---|---|
| 2/10/71 | Catano | Nelson | Adela | 998-4200 | Agente Hatos Nun 7642 |

A QUIEN NOTIFICAR EN CASO DE EMERGENCIA
Nombre y Relación: Adela - Madre
Dirección y Teléfono: 998-4200

Estado del paciente: ☒ Consciente
Llegado en: 2. ☒ Policía
Notificado a: N/A

Nombre del Policía: N/A  Núm. de Placa: N/A  Núm. de Querella: N/A

RAZON DE LA VISITA, HISTORIAL Y TRATAMIENTO PREVIO A LA CONDICION ACTUAL

EHR

Alergias:

Hallazgos Físicos:

EHR



Impresión Diagnóstica: (no abreviar)

Tratamiento:

EHR.

Firma y # Lic. 10991    Fecha: 22/8/12    Hora: 8:15 P.M.

Disposición: 1. ☒ Alta
Condición al Momento de Salir: estable, asint.
Fecha: 22/8/12
Hora de Alta: 8:00 P.M.
Firma del Médico:    # Lic. 10991

@Salud de la Capital/Rev/03/2011 código 62-1223
Oficina Central Récord Médico

ORIGINAL - EXPEDIENTE CLÍNICO
COPIA - FACTURACIÓN Y COBRO

EXPEDIENTE SALA DE EMERGENCIAS
CONSENTIMIENTO PARA TRATAMIENTO/
DIVULGACIÓN DE INFORMACIÓN

Yo **Ramos Ramos Neison**
Nombre del Paciente
_____ creyendo que tengo una condición que requiere cuidado inmediato de emergencia, por la presente autorizo al *Centro Más Salud del Departamento Salud de la Capital*, para proveer dicho cuidado, limitado a diagnóstico y tratamiento de emergencia, y que dicho tratamiento se me administre por y bajo la supervisión del médico de turno de Sala de Emergencias y los asistentes o consultores que pueda necesitar.

Reconozco que recibiré una evaluación y/o tratamiento de emergencia y que éste no intentará substituir el cuidado de mi condición, el cual continuará de acuerdo a la disposición y recomendaciones del médico.

Autorizo al *Departamento de Salud de la Capital* a usar o divulgar mi información de salud para tratamiento, pago u operaciones relacionadas con el cuidado de salud; y/o utilizar el facsímil o sistema electrónico para enviar mi información para tratamiento, pago y/o actividades relacionadas con el cuidado de salud.

Fecha: 22 agosto-12   /   Hora: 356  ☐A.M ☒P.M.

Firma del Paciente (Padre, Tutor o Encargado)

Testigo (si aplica) _____

Firma de Persona que Orienta al Paciente

El paciente no firmó por la siguiente razón: _____

Fecha _____ / Hora: ☐A.M ☐P.M.   Nombre del Profesional de la Salud   Firma

---

EXONERACION DE RESPONSABILIDAD POR
ABANDONAR LA FACILIDAD SIN AUTORIZACION MEDICA

Yo _____ (el paciente) o (representante del paciente) solicito se *(me) (le)* dé de alta de esta facilidad a pesar de no contar con la opinión y consejo del médico que *(me)(le)* atiende, y de la administración de la institución. He sido debidamente advertido de los riesgos en que se incurre saliendo de esta institución en las condiciones en que *(me)(se)* encuentro. Relevo al médico y a la institución de toda responsabilidad por cualquier efecto adverso o negativo que resulte de esta acción.

| Fecha: día / mes / año | Hora: ☐A.M ☐P.M. | Firma del paciente: (padre, tutor o encargado) |
|---|---|---|
| Nombre del Testigo: | | Firma del Testigo: |
| Nombre y Firma de la personal que orienta al paciente: | | |
| El paciente no firmó por la siguiente razón: | | |
| Nombre del Profesional de la Salud: | Firma, Título, Núm. de Lic.: | Fecha: día / mes / año | Hora: ☐A.M ☐P.M |

@Salud de la Capital/Rev/03/2011
Oficina Central Récord Médico