Exhibit E
Crim. No. 12-594
(ADC)

<u>Electronic Health Record</u>
Printed on: 08/22/2012
Printed by: Ida Cordero Gonzalez

CDT Dr. Gualberto Rabell
Calle Cerra Final 900 Parada 15
San Juan PR 00920

RAMOS RAMOS, NELSON

Account: 3020096929
Record: 5835327010

Admission Date: 08/22/2012 03:54 PM

## Documents (Images)
Images
*** No data to display at Documents (Images). ***

## Medications

| Description | Order Date | | Status |
|---|---|---|---|
| VISTARIL INTRAMUSCULAR SOLUTION 50 MG/ML | 08/22/12 | 4:20PM | ORDER |
| | | | Electronic Sign: 08/22/12 4:20PM Ida Cordero Gonzalez |
| RANITIDINE HCL INJECTION SOLUTION 25 MG/ML | 08/22/12 | 4:20PM | ORDER |
| | | | Electronic Sign: 08/22/12 4:20PM Ida Cordero Gonzalez |

## Problems

| ICD9 | Description | Date | Status |
|---|---|---|---|
| *** No data to display at Problems. *** | | | |

## Vitals Signs

| Vitals Signs | Date | |
|---|---|---|
| Res. 0 * Pul. 0 * Pre. 0/0 * Temp. 0 o C * Cir. 0" H. 0ft 0in - 0m 0cm * W. 130lb 0oz - 59kg 0g | 08/22/12 | 3:56PM |
| | Electronic Sign: 08/22/12 3:56PM Maryorie Sepulveda | |

## Allergies

| Allergen | Clasification | Reaction | Status |
|---|---|---|---|
| Patient doesn't know Reported on: 08/22/12 | | | Active |
| | | Reported by: Electronic Sign: 08/22/12 4:13PM Ida Cordero Gonzalez | |

## Clinical Doc. (Documentation)
Documentation

**Emergency Medicine**

EMERGENCY MEDICINE
Chief Complaint Me duele todo el cuerpo, el estomago y tengo nauseas.
History of Present Illness:  yr old male patient who came due to epigastric pain, nauseas and malaise. Patient with history of IV drug abuse (opiods), last consumption today at 9:30 pm.
**Past Medical History**  Hepatitis C, Iv drug abuse
**Medications** none.
<u>PHYSICAL EXAM</u>
<u>General Appearance</u>
Alert
Oriented X 3
Well Hydrated.
<u>Heent</u>
PERRLA
EOM WNL
TM WNL.
<u>Neck</u>
Supple midline trachea
Full range of motion, no adenopathy present
No masses.
<u>Chest</u>
Normal appearance
Good bilateral expansion
Symmetric.
<u>Lungs</u>
CTA X 2.
<u>Heart</u>
RRR (Regular rate + rhytm).

Electronic Health Record
Printed on: 08/22/2012
Printed by: Ida Cordero Gonzalez

CDT Dr. Gualberto Rabell
Calle Cerra Final 900 Parada 15
San Juan PR 00920



RAMOS RAMOS, NELSON          Account: 3020096929          Admission Date: 08/22/2012 03:54 PM
                            Record: 5835327010

Abdomen
Bowel Sounds +
Soft and Depressible
Tenderness:
epigastric, no rebound.
Genitourinay
NASA (Normal and adequate for sex and age.
Musculoskeletal System
No Complains.
Skin
Normal.
Neurologic System
Examined and Adequate.
**Provisional Dx**
Withdrawal Syndrome.
**Disposition**
Observation.

Electronic Sign: 08/22/12   4:22PM Ida Cordero Gonzalez, License: 16991.



<u>Record Médico Electrónico</u>
Impreso en: 08/22/2012
Impreso por: Olga Navarro Figueroa

CDT Dr. Gualberto Rabell
Calle Cerra Final 900 Parada 15
San Juan PR 00920



RAMOS RAMOS, NELSON

Cuenta: 3020096929
Récord: 5835327010

Fecha Admisión: 08/22/2012 03:54 PM

## Demográfico

Demográfico
Nombre: RAMOS RAMOS, NELSON
Fecha de Alta:
Tipo de Paciente: EMERGENGY ROOM
Código Diag.:

Edad: 41 Año(s)
Género: M
Peso: 130lb 0oz - 59kg 0g
Código de Alta:
Información dada por: RAMOS RAMOS, NELSON
Admitido de: Emergency Room
Fecha de Referido:
Referido por:
Condición: LLEGA CUSTODIADO POR AGEN
Código de Proc.:
Tipo de Sangre:
Permite Visitas: Si
Persona a Notificar:
Dirección:
Ciudad:
País:
Teléfono: (  )   -
Prefijo:
Alias:
Celular del Padre:
Celular de la Madre:
Fuma: NO

Comenzó a Fumar en:

Fecha de Admisión: 8/22/2012 3:54:00 PM
Encuentro: 3020096929
Doctor: CORDERO MD, IDA
Descripción Diag.: LLEGA CUSTODIADO POR AGENTES DE
POLICIA . REFIEREN
Fecha de Nacimiento: 06/07/1971
Estatura: 0ft 0in - 0m 0cm
Servicio: Sala Urg Adulto
Fecha de Preadmisión:
Relación: SI MISMO
Tipo de Admisión: Emergency
Num. de Referido:
Dr. de Admisiones: CORDERO MD, IDA

Descripción de Proc.:
Requiere Privacidad: No

Relación:

Estado:
Código Postal:
Origen Etnico: PUERTORRIQUENO
Sufijo:
Fec. Nac. del Padre:
Fec. Nac. de la Madre:
Lenguaje: Abazinian language (qualifier value)
Consumo Diario: SE DESCONOCE SI HA FUMADO ALGUNA
VEZ
Consume Alcohol: NO

## Doc. Clínica (Documentación)

Documentación

### Emergency Medicine

EMERGENCY MEDICINE
Chief Complaint Me duele todo el cuerpo, el estomago y tengo nauseas.
**History of Present Illness:**  yr old male patient who came due to epigastric pain, nauseas and malaise.  Patient with history of IV drug abuse (opiods), last consumption today at 9:30 pm.
**Past Medical History**  Hepatitis C, Iv drug abuse
**Medications**  none.
**PHYSICAL EXAM**
<u>General Appearance</u>
Alert
Oriented X 3
Well Hydrated
<u>Heent</u>
PERRLA
EOM WNL
TM WNL.
<u>Neck</u>
Supple midline trachea
Full range of motion, no adenopathy present
No masses.
<u>Chest</u>
Normal appearance
Good bilateral expansion



Record Médico Electrónico
Impreso en: 08/22/2012
Impreso por: Olga Navarro Figueroa

CDT Dr. Gualberto Rabell
Calle Cerra Final 900 Parada 15
San Juan PR 00920

RAMOS RAMOS, NELSON

Cuenta: 3020096929
Récord: 5835327010

Fecha Admisión: 08/22/2012 03:54 PM

Symmetric.
<u>Lungs</u>
CTA X 2.
<u>Heart</u>
RRR (Regular rate + rhytm).
<u>Abdomen</u>
Bowel Sounds +
Soft and Depressible
Tenderness:
epigastric, no rebound.
<u>Genitourinay</u>
NASA (Normal and adequate for sex and age.
<u>Musculoskeletal System</u>
No Complains.
<u>Skin</u>
Normal.
<u>Neurologic System</u>
Examined and Adequate.
**Provisional Dx**
Withdrawal Syndrome.
**Disposition**
Observation.



Firma Electrónica: 08/22/12   4:22PM Ida Cordero Gonzalez, Licencia: 16991.

## Emergency Medicine Progress Note

Emergency Room Progress Note
**Subjective:** me siento mejor
**Objective:**  41 yr old male patient wocame for medical evaluation, previous  admission to penal institution, accompanied by federal  agents.  Patient complained of epigastic pain, nauseas and malaise. Patient with hx of IV drug abuse (heroine and cocaine) last consumption 9:30am of today.  Patient now asymptomatica. Refered his symptoms improved.  No nausea no abdominal pain.
**G/A:** alert, active, oriented x 3
HEENT: PERRL, EOMI, MOM
Heart: Regularrythm
Lungs: Clear to auscultation bilaterally
Abdomen: Non tenderness, BS +
Psiq: no delusion, no halucinations, no mood disturbances, no suicidal nor homicidal ideas.

A; Withdrawal Syndrome
P: Patient discharges from ER service to be admitted on a Penal Institution.  Withdrawal associated symptoms should be managed by the Penal Physiscian in charge.
**Assessments:**  Withdrawal Syndrome
**Plan:**        see orders.

Firma Electrónica: 08/22/12   5:16PM Ida Cordero Gonzalez, Licencia: 16991.

## Notas de Enfermeria Sala Emergencias

Notas de Enfermeria
<u>Nota</u>
**Focus:** retirada
**Nota:** D - Pte. custodiado por agentes de la policía , refiere  lo traen para que le adm, medicamento  porque  esta  comenzando sintomas de retirada .
A - Es evaluada por Dra. Cordero quien  ordena vistaril  im  50mg/ml y  zantac  im, se le adm. medicamento segun orden medica en ambos  gluteos.
R - D a  el alta  el alta con instrucciones  a seguir, sale  caminando  acompañado de agente  de la policia alerta y orientado.
Firma Electrónica: 08/22/12   5:57PM Olga Navarro Figueroa, Licencia: 11478.

Record Médico Electrónico
Impreso en: 08/22/2012
Impreso por: Olga Navarro Figueroa

CDT Dr. Gualberto Rabell
Calle Cerra Final 900 Parada 15
San Juan PR 00920

Salud

RAMOS RAMOS, NELSON

Cuenta: 3020096929
Récord: 5835327010

Fecha Admisión: 08/22/2012 03:54 PM

Alta del paciente

Educacion al Paciente
Llenar la siguiente informacion:
Se educo al paciente sobre:
Medicamentos:  receta
Cita:  seguimiento.
Alta del Paciente
Disposicion
Hogar
Otros:  22/8/12  hora 5:00pm

Firma del Paciente: _____

Firma Electrónica: 08/22/12   5:58PM Olga Navarro Figueroa, Licencia: 11478.



# Hoja Cernimiento del Paciente

### SE Adultos



## INFORMACION DEL PACIENTE

Cuenta:
Nombre: RAMOS RAMOS, NELSON
Nacimiento: 6/7/1971
Médico Primario:
Admisión: 08/22/2012 03:44 PM
Sexo: Masculino
Teléfono: 000-000-0000

Edad: 41 Años
S. Social: XXX-XX-2701
Peso: 130 lbs
Estatura:
Turno: 021

Nivel de Urgencia: Agudo No Urgente

| Región:<br>No tiene Dolor | Intensidad del Dolor: | Queja Principal:<br>LLEGA CUSTODIADO POR AGENTES DE POLICIA . REFIEREN LO TRAEN PARA ADMINISTRARLE MEDICAMENTO PORQUE LE ESTAN COMENZANDO LOS SINTOMAS DE RETIRADA |
|---|---|---|
| Nivel de Urgencia<br>Agudo No Urgente | Reside<br>Otros, no indica | Acompañado Por<br>Otro, agente Matos # 7642 |
| Método de LLegada<br>Otro, patrulla | Signos Vitales<br>Presión: 92 /61   Pulso: 65  bpm<br>Temp: 37  oC     Resp: 19  rpm<br>% SpO: 99    MAP: 71    CC: " | Nivel de Conciencia<br>Alerta |
| Transfusiones de Sangre<br>Transfusiones Previas: No<br>Reacción: No | Medicamentos en uso<br>No | Médico de Cabecera |
| Alergias Medicamentos<br>Ninguna | Alergias Alimentos<br>Ninguno | Otras Alergias<br>Ninguno |
| Est. Educativo - Método de Apr<br>Verbal | A quien educa<br>Paciente | Historial Presente<br>Otras, hepatitis c |
| Historial Pasado<br>Otras, hepatitis c | Estado Fisico General<br>Estable / Adecuado | Estado Emocional<br>Ansioso |
| Diagnostico<br>Otros, evaluacion medica | Estado Mental<br>Alerta / Orientado | Exposición a TB<br>No |
| Estimado a Tuberculosis<br>Otras, no indica | Apariencia<br>Normal | Piel<br>Integridad Alterada |

Firma de la Enfermera(o): _____

Flores Betancourt Felicita

Lic. Num  9738

Page 1 of 2

Hoja Cernimiento del
Paciente

SE Adultos



## INFORMACION DEL PACIENTE

Cuenta:

Nombre: RAMOS RAMOS, NELSON

Nacimiento: 6/7/1971                                    Edad: 41 Años

Médico Primario:                                        S. Social: XXX-XX-2701

Admisión: 08/22/2012 03:44 PM                           Peso: 130 lbs

Sexo: Masculino                                         Estatura:

Teléfono: 000-000-0000                                  Turno: 021

Nivel de Urgencia: Agudo No Urgente

| Color | Disposición / Localizacion | Educación |
|-------|---------------------------|-----------|
| Normal | Cubículo Sala Emergencia | Derechos del paciente |

Observación de enfermería:

Copia Fiel y Exacta del Original

Firma y Título

Departamento Récord Médico

Fecha

Firma del Paciente
o Encargado:                                            Parentesco:

Firma de la Enfermera(o):                               Lic. Num    9738

Flores Betancourt Felicita                              Page 2 of 2