

**U.S. Immigration and Customs Enforcement**

8/22/2012
5:08 p.m.

Nombre: Nelson Ramos   Nesecito un abogado para

<u>DECLARACIÓN DE DERECHOS</u>   Sentirme mejor.

Antes de que le hagamos cualquier pregunta, Ud. debe conocer sus derechos.

Ud. tiene derecho a permanecer callado(a).

Cualquier cosa que Ud. diga puede usarse en su contra en un tribunal o en cualquier otro procedimiento.

Ud. tiene derecho a consultar un abogado antes de que Ud. haga cualquier declaración o conteste cualquier pregunta.

Ud. tiene derecho a tener un abogado presente con Ud. durante el interrogatorio.

Si no puede pagar un abogado, se le proporcionará uno antes de que le hagamos cualquier pregunta, si Ud. lo desea.

Si decide responder a nuestras preguntas ahora, Ud. aún retiene el derecho de detener el interrogatorio en cualquier momento, o de detener el interrogatorio para el propósito de consultar con un abogado.

RENUNCIA A LOS DERECHOS

Me han leído y explicado esta declaración de mis derechos y entiendo completamente estos derechos. Renuncio a ellos libre y voluntariamente, sin ser amenazado(a) ni intimidado(a), y sin promesa de compensación o inmunidad. Fui detenido(a) a la(s) _____ (hora), en el _____ (fecha), y he firmado este documento a la(s) _____ (hora), en el _____ (fecha).

Nombre: _____   Firma: _____

Testigo: _____   Fecha: 8/22/2012

Testigo: _____   Fecha: 8/22/2012